```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02778
    SEAN DAVID SIMMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1560


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/17/2007 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
GMAC MORTGAGE            CURRENT MORTG         .00           .00           .00
GMAC MORTGAGE            MORTGAGE ARRE    51479.38           .00           .00
AFNI                     NOTICE ONLY     NOT FILED           .00           .00
NATIONAL CAPITAL MGMT LL UNSECURED          957.10           .00           .00
ATTWSMN                  NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE BANK         NOTICE ONLY     NOT FILED           .00           .00
FIRST PREIMER BANK       NOTICE ONLY     NOT FILED           .00           .00
HOUSEHOLD AUTO FINANCE   UNSECURED       NOT FILED           .00           .00
INTELLIPATH              UNSECURED       NOT FILED           .00           .00
MERRICK BANK~            NOTICE ONLY     NOT FILED           .00           .00
NCO FINANCIAL            NOTICE ONLY     NOT FILED           .00           .00
NEXTCARD                 NOTICE ONLY     NOT FILED           .00           .00
NICOR GAS                UNSECURED          985.47           .00           .00
NUMARK CREDIT UNION      UNSECURED       NOT FILED           .00           .00
UNITED COLLECTIONS       NOTICE ONLY     NOT FILED           .00           .00
SPRINT                   NOTICE ONLY     NOT FILED           .00           .00
STEVEN A LEAHY           DEBTOR ATTY        689.00                      689.00
TOM VAUGHN               TRUSTEE                                         59.92
DEBTOR REFUND            REFUND                                       16,671.08

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  17,420.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     689.00
TRUSTEE COMPENSATION                                59.92
DEBTOR REFUND                                   16,671.08
                         --------------      --------------
TOTALS                   17,420.00              17,420.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02778 SEAN DAVID SIMMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02778 SEAN DAVID SIMMS